**Order entered February 8, 2013**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00165-CR
### No. 05-13-00166-CR

**EX PARTE ABUNDIO VAZQUEZ**

**On Appeal from the 397th Judicial District Court**
**Grayson County, Texas**
**Trial Court Cause Nos. 061906, 061907**

## ORDER

The Court has received appellant's notices of appeal from the denial of his pretrial application for writ of habeas corpus seeking reinstatement of his pretrial bond. *See* TEX. R. APP. P. 31.1.

We **ORDER** the Grayson County District Clerk to file the clerk's records in these appeals by **FEBRUARY 22, 2013**. We **ORDER** the court reporter Paula Thomas to file, by **February 22, 2013**, the reporter's record related to the hearings conducted on the bail proceedings.

Appellant's brief is due by **MARCH 8, 2013**. The State's brief is due by **MARCH 22, 2013**. No extensions will be granted. If any party does not file its brief by the date specified, the appeal will be submitted without that party's brief. *See* TEX. R. APP. P. 31.1.

The appeal will be submitted without argument on **APRIL 19, 2013** to a panel consisting of Justices Moseley, O'Neill, and Lewis. *See* TEX. R. APP. P. 31.2.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to the Grayson County District Clerk; Paula Thomas, Official Court Reporter of the 397th Judicial District Court; and to counsel for all parties.

/s/    CAROLYN WRIGHT
CHIEF JUSTICE